IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JOHN TRICE,<br><br>    Plaintiff,<br><br>v.<br><br>1) LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-14-635-F |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

    Respectfully submitted,

    /s/ Rodney D. Stewart
    Rodney D. Stewart, OBA #15105
    **STEWART LAW FIRM**
    6915 N. Classen Blvd., Suite A
    Oklahoma City, OK 73116
    Telephone:   (405) 601-6060
    Facsimile:    (405) 601-6363
    rds@rstewartlaw.com
    **COUNSEL FOR PLAINTIFF**

/s/ Tim D. Cain
Tim D. Cain, OBA #11779
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma  73103
Telephone:  (405) 236-2600
Facsimile:    (405) 236-2607
timc@wcalaw.com
**COUNSEL FOR DEFENDANT**